RELART, LTD., et al. v. REGENT ENTERPRISES, INC., et al.— Motion denied, with leave, however, to renew on a more adequate showing of the defendant, Nicholas Cusenza's financial ability and a proper affidavit of merit. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Petition of RICHARD L. ARONSTEIN, ex rel. KARL B. SCOTT against EDWARD DROS.— Motion granted insofar as to grant bail provided in sections 1276 and 1277 of the Civil Practice Act in the amount of $500, on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before August 27, 1959, with notice of argument for September 8, 1959. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

In the Matter of INTEROCEANIC COMMODITIES CORPORATION against MORRIS BERLER et al.— Motion denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

THOMAS L. MCGANNON v. MAGNETIC CARDS, INC., et al.— Motion granted on default. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

WILLIAM BOTWINIK et al. v. LOUIS DLUGACZ et al.— Motion granted to the extent of dispensing with the printing in the record on appeal of the said pleadings and exhibits, on condition that the appellants file the originals of said exhibits and pleadings with this court at the time of filing the printed record on appeal and serve one legible typewritten or photostat copy of the same upon the attorneys for the respondents and on the further condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before September 8, 1959, with notice of argument for the October 1959 Term of this court. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN BOLDEN.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted for the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney for Bronx County, and files six copies thereof, together with the original record, with this court, on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Miss Florence M. Kelley of 100 Centre Street, New York, New York is assigned as counsel for the defendant-appellant for the purpose of the appeal. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

JAMES WOODSON v. NEW YORK CITY HOUSING AUTHORITY et al.— Motion granted insofar as to dispense with the printing of the respondent's points and to permit the plaintiff-respondent to submit typewritten respondent's points, upon condition that the plaintiff serves one copy of the typewritten respondent's points upon the attorney for the appellant and files six copies thereof with this court. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

In the Matter of the Arbitration between WILLIAM GLATZER and JULIUS DIAMOND.— Motion denied. The original transcript of the stenographer's minutes which are on file in the New York County Clerk's office may be subpoenaed for production in this court at the time of filing the printed record on appeal. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.